PLATENIUS AD. VS. STATE.

*Error to Pulaski Circuit Court.*

BEERS USE OF PLATENIUS AS AD. VS. STATE.

*Error to Pulaski Circuit Court.*

PRESIDENT AND DIRECTORS BANK OF WASHINGTON VS. STATE.

*Appeal from Pulaski Chancery Court.*

SAME VS. SAME.

*Appeal from Pulaski Chancery Court.*

*Affirmed:* The principles involved being the same as in the preceding case of *Platenius as ad. vs. The State.*